# Exhibit 2

| STATE OF NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE SUPERIOR COURT DIVISION. |
|---|---|
| COUNTY OF WAKE | 18-CVS-014001 |

COMMON CAUSE; NORTH CAROLINA )
DEMOCRATIC PARTY; PAULA ANN )
CHAPMAN; HOWARD DUBOSE JR; )
GEORGE DAVID GAUCK; JAMES MACKIN )
NESBIT; DWIGHT JORDAN; JOSEPH )
THOMAS GATES; MARK S. PETERS; )
PAMELA MORTON; VIRGINIA WALTERS )
BRIEN; JOHN MARK TURNER; LEON )
CHARLES SCHALLER; REBECCA )
HARPER; LESLEY BROOK WISCHMANN; )
DAVID DWIGHT BROWN; AMY CLARE )
OSEROFF; KRISTIN PARKER JACKSON; )
JOHN BALLA; REBECCA JOHNSON; )
AARON WOLFF; MARY ANN PEDEN- )
COVIELLO; KAREN SUE HOLBROOK; )
KATHLEEN BARNES; )
ANN MCCRACKEN; JACKSON THOMAS )
DUNN, JR.; ALYCE MACHAK; WILLIAM )
SERVICE; DONALD RUMPH; STEPHEN )
DOUGLAS MCGRIGOR; NANCY )
BRADLEY; VINOD THOMAS; DERICK )
MILLER; ELECTA E. PERSON; DEBORAH )
ANDERSON SMITH; ROSALYN SLOAN; )
JULIE ANN FREY; LILY NICOLE QUICK; )
JOSHUA BROWN; CARLTON E. )
CAMPBELL SR., )
)
)
        Plaintiffs, )
)
  v. )
)
REPRESENTATIVE DAVID R. LEWIS, IN )
HIS OFFICIAL CAPACITY AS SENIOR )
CHAIRMAN OF THE HOUSE SELECT )
COMMITTEE ON REDISTRICTING; )
SENATOR RALPH E. HISE, JR., IN HIS )
OFFICIAL CAPACITY AS CHAIRMAN OF )
THE SENATE COMMITTEE ON )
REDISTRICTING; SPEAKER OF THE )
NORTH CAROLINA HOUSE OF )

REPRESENTATIVES TIMOTHY K. MOORE;   )
PRESIDENT PRO TEMPORE OF THE        )
NORTH CAROLINA SENATE PHILIP E.     )
BERGER; THE STATE OF NORTH          )
CAROLINA; THE NORTH CAROLINA        )
STATE BOARD OF ELECTION AND         )
ETHICS ENFORCEMENT; JOSHUA          )
MALCOLM, CHAIRMAN OF THE NORTH      )
CAROLINA STATE BOARD OF ELECTIONS   )
& ETHICS ENFORCEMENT; KEN           )
RAYMOND, SECRETARY OF THE NORTH     )
CAROLINA STATE BOARD OF ELECTIONS   )
& ETHICS ENFORCEMENT; STELLA        )
ANDERSON, MEMBER OF THE NORTH       )
CAROLINA STATE BOARD OF ELECTIONS   )
& ETHICS ENFORCEMENT; DAMON         )
CIRCOSTA, MEMBER OF THE NORTH       )
CAROLINA STATE BOARD OF ELECTIONS   )
& ETHICS ENFORCEMENT; STACY         )
"FOUR" EGGERS IV, MEMBER OF THE     )
NORTH CAROLINA STATE BOARD OF       )
ELECTIONS & ETHICS ENFORCEMENT;     )
JAY HEMPHILL, MEMBER OF THE NORTH   )
CAROLINA STATE BOARD OF ELECTIONS   )
& ETHICS ENFORCEMENT; VALERIE       )
JOHNSON, MEMBER OF THE NORTH        )
CAROLINA STATE BOARD OF ELECTIONS   )
& ETHICS ENFORCEMENT; JOHN LEWIS,   )
MEMBER OF THE NORTH CAROLINA        )
STATE BOARD OF ELECTIONS & ETHICS   )
ENFORCEMENT; ROBERT CORDLE,         )
MEMBER OF THE NORTH CAROLINA        )
STATE BOARD OF ELECTIONS & ETHICS   )
ENFORCEMENT,                        )
                                    )
           Defendants.              )

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO:   The Honorable Jennifer Knox
      Clerk of Superior Court of Wake County
      316 Fayetteville Street
      Raleigh, NC 27601

PLEASE TAKE NOTICE that Defendants have on this 14th day of December, 2018 removed this case to the United States District Court for the Eastern District of North Carolina, and that the state court may proceed no further regarding the above-captioned case. Attached hereto is a true and correct copy of Defendant's Notice of Removal filed in the United States District Court for the Eastern District of North Carolina.

To acknowledge receipt of the filing of this Notice to State Court of Removal and Notice of Removal, please sign and return the enclosed Acknowledgment of Filing.

DATED this the 14th day of December, 2018.

        OGLETREE, DEAKINS, NASH,
        SMOAK & STEWART, P.C.

By: *[signature]* (by AMM w/ permission)
Phillip J. Strach (N.C. Bar No. 29456)
Michael D. McKnight (N.C. Bar No.: 36932)
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609
Telephone: 919.787.9700
Facsimile: 919.783.9412
Phil.strach@ogletree.com
Michael.mcknight@ogletree.com
*Attorneys for Legislative Defendants*

## CERTIFICATE OF SERVICE

It is hereby certified that on this date the foregoing **Notice of Filing of Notice of Removal** was duly served upon all other parties to this matter by mailing a copy thereof, via First Class mail, postage paid in the United States mail to Plaintiff's counsel of record in accordance with Rule 5 of the North Carolina Rules of Civil Procedure.

DATED this the 14th day of December, 2018.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: *Phillip J. Strach w/ McKnight w/ permission*
Phillip J. Strach (N.C. Bar No. 29456)
Michael D. McKnight (N.C. Bar No.: 36932)
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609
Telephone: 919.787.9700
Facsimile: 919.783.9412
Phil.strach@ogletree.com
Michael.mcknight@ogletree.com
*Attorneys for Legislative Defendants*

**SERVED**:

Edwin M. Speas, Jr.
N.C. State Bar No. 4112
Caroline P. Mackie
N.C. State Bar No. 41512
POYNER SPRUILL LLP
P.O. Box 1801
Raleigh, NC 27602-1801
(919) 783-6400
espeas@poynerspruill.com
*Counsel for Common Cause,
the North Carolina Democratic
Party, and the Individual Plaintiffs*

R. Stanton Jones
David P. Gersch
Elisabeth S. Theodore
Daniel F. Jacobson
ARNOLD & PORTER
KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, DC 2001-2743
(202) 942-5000
Stanton.jones@arnoldporter.com

Marc E. Elias
Aria C. Branch
PERKINS COIE LLP
700 13th Street NW
Washington, DC 20005-3960
(202) 654-6200
melias@perkinscoie.com

Abha Khanna
12012 Third Avenue
Suite 4900
Seattle, WA 98101-3099
(206) 359-9000
akhanna@perkinscoie.com

James Bernier
Amar Majmundar
Stephanie A. Brennan
NC Department of Justice
P.O.Box 629
114 W. Edenton St
Raleigh, NC 27602
jbernier@ncdoj.gov

*Counsel for the State of North Carolina,
State Board of Elections and
Ethics Enforcement and its Members*

STATE OF NORTH CAROLINA

COUNTY OF WAKE

IN THE GENERAL COURT OF
JUSTICE SUPERIOR COURT
DIVISION.
18-CVS-014001

| | |
|---|---|
| COMMON CAUSE; NORTH CAROLINA DEMOCRATIC PARTY; PAULA ANN CHAPMAN; HOWARD DUBOSE JR; GEORGE DAVID GAUCK; JAMES MACKIN NESBIT; DWIGHT JORDAN; JOSEPH THOMAS GATES; MARK S. PETERS; PAMELA MORTON; VIRGINIA WALTERS BRIEN; JOHN MARK TURNER; LEON CHARLES SCHALLER; REBECCA HARPER; LESLEY BROOK WISCHMANN; DAVID DWIGHT BROWN; AMY CLARE OSEROFF; KRISTIN PARKER JACKSON; JOHN BALLA; REBECCA JOHNSON; AARON WOLFF; MARY ANN PEDEN-COVIELLO; KAREN SUE HOLBROOK; KATHLEEN BARNES; ANN MCCRACKEN; JACKSON THOMAS DUNN, JR.; ALYCE MACHAK; WILLIAM SERVICE; DONALD RUMPH; STEPHEN DOUGLAS MCGRIGOR; NANCY BRADLEY; VINOD THOMAS; DERICK MILLER; ELECTA E. PERSON; DEBORAH ANDERSON SMITH; ROSALYN SLOAN; JULIE ANN FREY; LILY NICOLE QUICK; JOSHUA BROWN; CARLTON E. CAMPBELL SR., <br><br> Plaintiffs, <br><br> v. <br><br> REPRESENTATIVE DAVID R. LEWIS, IN HIS OFFICIAL CAPACITY AS SENIOR CHAIRMAN OF THE HOUSE SELECT COMMITTEE ON REDISTRICTING; SENATOR RALPH E. HISE, JR., IN HIS OFFICIAL CAPACITY AS CHAIRMAN OF THE SENATE COMMITTEE ON REDISTRICTING; SPEAKER OF THE NORTH CAROLINA HOUSE OF | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

REPRESENTATIVES TIMOTHY K. MOORE;   )
PRESIDENT PRO TEMPORE OF THE        )
NORTH CAROLINA SENATE PHILIP E.     )
)BURGER; THE STATE OF NORTH         )
CAROLINA; THE NORTH CAROLINA        )
STATE BOARD OF ELECTION AND         )
ETHICS ENFORCEMENT; JOSHUA          )
MALCOLM, CHAIRMAN OF THE NORTH      )
CAROLINA STATE BOARD OF ELECTIONS   )
& ETHICS ENFORCEMENT; KEN           )
RAYMOND, SECRETARY OF THE NORTH     )
CAROLINA STATE BOARD OF ELECTIONS   )
& ETHICS ENFORCEMENT; STELLA        )
ANDERSON, MEMBER OF THE NORTH       )
CAROLINA STATE BOARD OF ELECTIONS   )
& ETHICS ENFORCEMENT; DAMON         )
CIRCOSTA, MEMBER OF THE NORTH       )
CAROLINA STATE BOARD OF ELECTIONS   )
& ETHICS ENFORCEMENT; STACY         )
"FOUR" EGGERS IV, MEMBER OF THE     )
NORTH CAROLINA STATE BOARD OF       )
ELECTIONS & ETHICS ENFORCEMENT;     )
JAY HEMPHILL, MEMBER OF THE NORTH   )
CAROLINA STATE BOARD OF ELECTIONS   )
& ETHICS ENFORCEMENT; VALERIE       )
JOHNSON, MEMBER OF THE NORTH        )
CAROLINA STATE BOARD OF ELECTIONS   )
& ETHICS ENFORCEMENT;  JOHN LEWIS,  )
MEMBER OF THE NORTH CAROLINA        )
STATE BOARD OF ELECTIONS & ETHICS   )
ENFORCEMENT; ROBERT CORDLE,         )
MEMBER OF THE NORTH CAROLINA        )
STATE BOARD OF ELECTIONS & ETHICS   )
ENFORCEMENT,                        )
                                    )
            Defendants.              )

# ACKNOWLEDGEMENT OF FILING

Receipt of Defendants Notice to State Court of Filing of Removal and a copy of the Notice of Removal in the above-entitled action is hereby acknowledged:

This _____ day of _____, 2018.

_____
Clerk/Assistant/Deputy Clerk
Wake County Superior Court

36710014.1