IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-cv-00589-FL

COMMON CAUSE, et.al., )
)
)
Plaintiff(s), )
)
)
)
v. ) **SUPPLEMENTAL REMOVAL COVER**
) **SHEET**
DAVID R. LEWIS, In his official capacity as Senior )
Chairman of the House Select Committee on )
Redistricting, et. al., )
)
Defendant(s). )

The removing party must complete this Supplemental Removal Cover Sheet and comply with Local Civil Rule 5.3. Attach separate sheets as necessary to provide complete responses.

### Section A—Plaintiffs

List the full name of each plaintiff from the state court action and indicate whether the plaintiff is pending (i.e., in case currently), dismissed, or otherwise terminated at the time of removal. If dismissed or terminated, indicate the date of dismissal/termination

| Full Name of Plaintiff | Pending at time of removal – Yes/No? | Dismissed or terminated? Yes/No? | Date of Dismissal or Termination |
|---|---|---|---|
| Common Cause | Yes | No | |
| North Carolina Democratic Party | Yes | No | |
| Paula Ann Chapman | Yes | No | |
| Howard Dubose | Yes | No | |
| See Pg. 5 "Additional Plaintiffs" | | | |

## Section B—Defendants

List the full name of each defendant from the state court action and indicate whether the defendant is pending, dismissed or otherwise terminated at the time of removal. If dismissed or terminated, indicate the date of dismissal/termination. If known, indicate if and when each defendant was served with process and whether the defendant joins in the removal.

| Full Name of Defendant | Pending at time of removal? Yes/No? | Dismissed or terminated? Yes/No? (If yes, state date of termination) | Has defendant been served with process? Yes/No/Unknown? | If served with process, date of service? | Does the defendant join in removal? Yes/No? |
|---|---|---|---|---|---|
| Representative David. R. Lewis in his official capacity as Sr. Chairman of the House Select Committee | Yes | No | Yes | 11/20/2018 | Yes |
| Senator Ralph E. Hise, Jr. in his official capacity as Chairmain of the Senate Committee on Redistricting | Yes | No | Yes | 11/20/2018 | Yes |
| Speaker of The House Timothy K. Moore | Yes | No | Yes | 11/20/2018 | Yes |
| President Pro Tempore of the North Carolina Senate Philip E. Berger | Yes | No | Yes | 11/20/2018 | Yes |
| See Pages 6-7 "Additional Defendants" | | | | | |
| See Pages 6-7 "Additional Defendants" | | | | | |

## Section C—Removal pursuant to 28 U.S.C. § 1442(d)(1)

Is only part of the state court action being removed pursuant to 28 U.S.C. § 1442(d)(1)?
Yes ☐   No ☑

If "Yes," specify what portion of the state court action is being removed, and then proceed to the signature page. If "No," proceed to Section D.

_____

_____

_____

2

## Section D—Pending State Court Motions as of Date of Removal

Is there currently a temporary restraining order or preliminary injunction in place in this action from state court?  Yes ☐    No ☑

List every known motion pending at the time of removal. Indicate the name of the filer, the date of filing, whether the motion has a supporting memorandum, and whether the motion is time sensitive, such as a motion for preliminary injunction.

| Title of Pending Motion | Name of Filer | Date of Filing | Memorandum--Yes/No? | Time sensitive? Yes/No? |
|---|---|---|---|---|
| Motion for Expedited Discovery and Trial and For Case Management Order | Plaintiffs | 12/12/2018 | Yes | No |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## Section E—Scheduled State Court Hearings as of Date of Removal

| Date and Time of Hearing | Hearing Type | Assigned State Court Judge |
|---|---|---|
| | | |
| | | |
| | | |

Date: 12/18/2018

*[Signature]* Phillip J. Strach (signed w/ permission)

Signature of Attorney for Removing Party or
Unrepresented Removing Party

Printed Name Phillip J. Strach

Law Firm Ogletree Deakins Nash Smoak & Stewart P.C.

Address 4208 Six Forks Road

Suite 1100

Telephone Number 919-787-9700

Fax Number 919-783-9412

Email Address: phil.strach@ogletree.com

State Bar No. N.C. State Bar No. 29456

4

## Additional Plaintiffs

| Full Name of Plaintiff | Pending at time of removal Yes/No? | Dismissed or Terminated? Yes/No? | Date of Dismissal or Termination |
|---|---|---|---|
| George David Gauck | Yes | No | |
| James Mackin Nesbit | Yes | No | |
| Dwight Jordan | Yes | No | |
| Joseph Thomas Gates | Yes | No | |
| Mark S. Peters | Yes | No | |
| Pamela Morton | Yes | No | |
| Virginia Walters Brien | Yes | No | |
| John Mark Turner | Yes | No | |
| Leon Charles Schaller | Yes | No | |
| Rebecca Harper | Yes | No | |
| Lesley Brook Wischmann | Yes | No | |
| David Dwight Brown | Yes | No | |
| Amy Clare Oseroff | Yes | No | |
| Kristin Parker Jackson | Yes | No | |
| John Balla | Yes | No | |
| Rebecca Johnson | Yes | No | |
| Aaron Wolff | Yes | No | |
| Mary Ann Peden-Coviello | Yes | No | |
| Karen Sue Holbrook | Yes | No | |
| Kathleen Barnes | Yes | No | |
| Ann McCracken | Yes | No | |
| Jackson Thomas Dunn, Jr. | Yes | No | |
| Alyce Machak | Yes | No | |
| William Service | Yes | No | |
| Donald Rumph | Yes | No | |
| Stephen Douglas McGrigor | Yes | No | |
| Nancy Bradley | Yes | No | |
| Vinod Thomas | Yes | No | |
| Derrick Miller | Yes | No | |
| Electa E. Person | Yes | No | |
| Deborah Anderson Smith | Yes | No | |
| Rosalyn Sloan | Yes | No | |
| Julie Ann Frey | Yes | No | |
| Lily Nicole Quick | Yes | No | |
| Joshua Brown | Yes | No | |
| Carlton E. Campbell, Sr. | Yes | No | |

## Additional Defendants

| Full Name of Defendant | Pending at time of removal? Yes/No? | Dismissed or Terminated? Yes/No? (If yes, state date of termination) | Has Defendant been served with Process? Yes/No/Unknown | If Served with Process, date of service? | Does Defendant join in removal? Yes/No? |
|---|---|---|---|---|---|
| The State of North Carolina[1] | Yes | No | Yes | 11/20/2018[1] | Yes |
| Andy Penry, Chairman of the North Carolina State Board of Elections and Ethics Enforcement | Yes | No | Unknown | | Unknown |
| Joshua Malcolm, Vice-chair of the North Carolina State Board of Elections and Ethics Enforcement | Yes | No | Unknown | | Unknown |
| Ken Redmond, Secretary of the North Carolina State Board of Elections and Ethics Enforcement | Yes | No | Unknown | | Unknown |
| Stella Anderson, Member of the North Carolina State Board of Elections and Ethics Enforcement | Yes | No | Unknown | | Unknown |
| The North Carolina State Board of Elections and Ethics Enforcement | Yes | No | Unknown | | Unknown |
| Damon Circosta, Member of the North Carolina State Board of Elections and Ethics Enforcement | Yes | No | Unknown | | Unknown |

---

[1] Pursuant to N.C. Gen Stat. §1-72.2, the legislative branch of North Carolina state government is considered the "State of North Carolina" in actions challenging statutes enacted by the North Carolina General Assembly along with the executive branch of the state government.

6

| | | | | | |
|---|---|---|---|---|---|
| Stacy "Four" Eggers, IV., Member of the North Carolina State Board of Elections and Ethics Enforcement | Yes | No | Unknown | | Unknown |
| Jay Hemphill, Member of the North Carolina State Board of Elections and Ethics Enforcement | Yes | No | Unknown | | Unknown |
| Valerie Johnson, Member of the North Carolina State Board of Elections and Ethics Enforcement | Yes | No | Unknown | | Unknown |
| John Lewis, Member of the North Carolina State Board of Elections and Ethics Enforcement | Yes | No | Unknown | | Unknown |
| Robert Cordle, Member of the North Carolina State Board of Elections and Ethics Enforcement | Yes | No | Unknown | | Unknown |

# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused the foregoing document to be filed and served on all counsel of record by operation of the CM/ECF system for the United States District Court for the Eastern District of North Carolina. I further certify that on this date, I have also served the foregoing document via US mail counsel for Defendants in the Superior Court case as follows:

James Bernier
Amar Majmundar
Setphanie A. Brennan
NC Department of Justice
P.O. Box 629
114 W. Edenton St.
Raleigh, NC 27602


DATED this the 18th day of December, 2018.

                    OGLETREE, DEAKINS, NASH,
                    SMOAK & STEWART, P.C.

                    By: <u>Phillip J. Strach</u>
                    Phillip J. Strach (N.C. Bar No. 29456)
                    Michael D. McKnight (N.C. Bar No.: 36932)
                    4208 Six Forks Road, Suite 1100
                    Raleigh, NC 27609
                    Telephone: 919.787.9700
                    Facsimile: 919.783.9412
                    Phil.strach@ogletree.com
                    Michael.mcknight@ogletree.com
                    *Attorneys for Legislative Defendants*