IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CV-589-FL

| | |
|---|---|
| COMMON CAUSE; NORTH CAROLINA DEMOCRATIC; PAULA ANN CHAPMAN; HOWARD DUBOSE; GEORGE DAVID GAUCK; JAMES MACKIN NESBIT; DWIGHT JORDAN; JOSEPH THOMAS GATES; MARK S. PETERS; PAMELA MORTON; VIRGINIA WALTERS BRIEN; JOHN MARK TURNER; LEON CHARLES SCHALLER; EDWIN M. SPEAS, JR.; REBECCA HARPER; LESLEY BROOK WISCHMANN; DAVID DWIGHT BROWN; AMY CLARE OSEROFF; KRISTIN PARKER JACKSON; JOHN BALLA; REBECCA JOHNSON; AARON WOLFF; MARY ANN PEDEN-COVIELLO; KAREN SUE HOLBROOK; KATHLEEN BARNES; ANN MCCRACKEN; JACKSON THOMAS DUNN, JR.; ALYCE MACHAK; WILLIAM SERVICE; DONALD RUMPH; STEPHEN DOUGLAS MCGRIGOR; NANCY BRADLEY; VINOD THOMAS; DERRICK MILLER; ELECTA E. PERSON; DEBORAH ANDERSON SMITH; ROSALYN SLOAN; JULIE ANN FREY; LILY NICOLE QUICK; JOSHUA BROWN; and CARLTON E. CAMPBELL, SR., Plaintiffs, v. REPRESENTATIVE DAVID R. LEWIS In his official capacity as Senior Chairman of the House Select Committee on | ORDER |

Redistricting; SENATOR RALPH E. )
HISE, JR. In his official capacity as )
Chairman of the Senate Committee on )
Redistricting; SPEAKER OF THE )
HOUSE TIMOTHY K. MOORE; ANDY )
PENRY Chairman of the North Carolina )
State Board of Elections and Ethics )
Enforcement; JOSHUA MALCOLM )
Vice-Chair of the North Carolina State )
Board of Elections & Ethics Enforcement; )
KEN RAYMOND Secretary of the North )
Carolina State Board of Elections & Ethics )
Enforcement; STELLA ANDERSON )
Member of the North Carolina State Board )
of Elections & Ethics Enforcement; )
PRESIDENT PRO TEMPORE OF THE )
NORTH CAROLINA SENATE PHILIP )
E. BERGER; THE STATE OF NORTH )
CAROLINA; THE NORTH CAROLINA )
STATE BOARD OF ELECTIONS AND )
ETHICS ENFORCEMENT; DAMON )
CIRCOSTA Member of the North )
Carolina State Board of Elections & Ethics )
Enforcement; STACY "FOUR" EGGERS, )
IV Member of the North Carolina State )
Board of Elections & Ethics Enforcement; )
JAY HEMPHILL Member of the North )
Carolina State Board of Elections & Ethics )
Enforcement; VALERIE JOHNSON )
Member of the North Carolina State Board )
of Elections & Ethics Enforcement; JOHN )
LEWIS Member of the North Carolina )
State Board of Elections & Ethics )
Enforcement; THE NORTH CAROLINA )
STATE BOARD OF ELECTIONS AND )
ETHICS ENFORCEMENT; ROBERT )
CORDLE Member of the North Carolina )
State Board of Elections & Ethics )
Enforcement, )
  )
             Defendants. )

This matter is before the court on plaintiffs' emergency motion to remand (DE 5). The court having fully considered the matter and the briefing by the parties, it is hereby ORDERED that plaintiffs' motion is GRANTED. This case is REMANDED to the General Court of Justice, Superior Court Division, Wake County, North Carolina, for further proceedings. The court DENIES plaintiffs' request for costs and expenses under 28 U.S.C. § 1447(c). A memorandum opinion memorializing the court's reasoning for this decision will follow. In light of remand, the clerk is DIRECTED to terminate as moot the pending motion for extension of time to file answer (DE 34).

SO ORDERED, this the 2nd day of January, 2019.

*[signature]*
LOUISE W. FLANAGAN
United States District Judge