IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:18-CV-589

| | |
|---|---|
| COMMON CAUSE et. al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| REPRESENTATIVE DAVID R. LEWIS, IN HIS OFFICIAL CAPACITY AS SENIOR CHAIRMAN OF THE HOUSE SELECT COMMITTEE ON REDISTRICTING; et al. | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF APPEAL**

Notice is hereby given that the State of North Carolina, Speaker of the North Carolina House of Representatives Timothy K. Moore, President Pro Tempore of the North Carolina Senate Philip E. Berger, Senator Ralph E. Hise, Jr., and Representative David R. Lewis, defendants in the above-captioned case, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Court's order and judgment granting Plaintiffs' motion to remand entered in this action on the 2nd day of January, 2019, ECF No. 44; from all related orders and opinions, including the Court's memorandum opinion memorializing the Court's reasoning for its order granting Plaintiffs' motion to remand entered in this action on the 7th day of January, 2019, ECF No. 48; from the Court's order denying the motion for an order confirming applicability of stay of judgment under Rule 62(a) entered on the 17th day of January 2019, ECF No. 53; and from all related orders and opinions.

1

Respectfully submitted this 22nd day of January, 2019

                    OGLETREE, DEAKINS, NASH,
                    SMOAK & STEWART, P.C.
                    By: /s/ Phillip J. Strach
                    Phillip J. Strach (N.C. Bar No. 29456)
                    Michael D. McKnight (N.C. Bar No. 36932)
                    4208 Six Forks Road, Suite 1100
                    Raleigh, NC 27609
                    Telephone: 919.787.9700
                    Facsimile: 919.783.9412
                    Phil.strach@ogletree.com
                    Michael.mcknight@ogletree.com
                    *Attorneys for Legislative Defendants and the State of North Carolina*

                    BAKER & HOSTETLER, LLP

                    Mark E. Braden*
                    (DC Bar #419915)
                    Richard Raile*
                    (VA Bar # 84340)
                    Washington Square, Suite 1100
                    1050 Connecticut Avenue, N.W.
                    Washington, DC 20036-5403
                    rraile@bakerlaw.com
                    mbraden@bakerlaw.com
                    Telephone: (202) 861-1500
                    Facsimile: (202) 861-1783

                    *Attorneys for Legislative Defendants and the State of North Carolina*
                    *Notice of Appearance under Local Rule 83.1 forthcoming

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record for all parties in this matter.

This the 22nd day of January, 2019.

By: /s/ Phillip J. Strach
Phillip J. Strach

37105183.1