# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

COMMON CAUSE; NORTH CAROLINA )
DEMOCRATIC PARTY; PAULA ANN CHAPMAN; )
HOWARD DU BOSE JR.; GEORGE DAVID )
GAUCK; JAMES MACKIN NESBIT; DWIGHT )
JORDAN; JOSEPH THOMAS GATES; MARK S. )
PETERS; PAMELA MORTON; VIRGINIA WALTERS )
BRIEN; JOHN MARK TURNER; LEON CHARLES )
SCHALLER; REBECCA HARPER; LESLEY BROOK )        Civil Action No. 5:18-CV-00589
WISCHMANN; DAVID DWIGHT BROWN; AMY )
CLARE OSEROFF; KRISTIN PARKER JACKSON; )
JOHN BALLA; REBECCA JOHNSON; AARON )
WOLFF; MARY ANN PEDEN-COVIELLO; KAREN )
SUE HOLBROOK; KATHLEEN BARNES; ANN )
MCCRACKEN; JACKSON THOMAS DUNN, JR.; )
ALYCE MACHAK; WILLIAM SERVICE; DONALD )
RUMPH; STEPHEN DOUGLAS MCGRIGOR; )
NANCY BRADLEY; VINOD THOMAS; DERRICK )
MILLER; ELECTA E. PERSON; DEBORAH )
ANDERSON SMITH; ROSALYN SLOAN; JULIE )
ANN FREY; LILY NICOLE QUICK; JOSHUA )
BROWN; CARLTON E. CAMPBELL SR., )
                                       )
              Plaintiffs,              )
                                       )
        v.                             )
                                       )
REPRESENTATIVE DAVID R. LEWIS, IN HIS )
OFFICIAL CAPACITY AS SENIOR CHAIRMAN )
OF THE HOUSE SELECT COMMITTEE ON )
REDISTRICTING; SENATOR RALPH E. HISE, )
JR., IN HIS OFFICIAL CAPACITY AS )
CHAIRMAN OF THE SENATE COMMITTEE )
ON REDISTRICTING; SPEAKER OF THE )
NORTH CAROLINA HOUSE OF )
REPRESENTATIVES TIMOTHY K. MOORE; )
PRESIDENT PRO TEMPORE OF THE NORTH )
CAROLINA SENATE PHILIP E. BERGER; THE )
STATE OF NORTH CAROLINA; THE NORTH )
CAROLINA STATE BOARD OF ELECTIONS )
AND ETHICS ENFORCEMENT; JOSHUA )
MALCOLM, CHAIRMAN OF THE NORTH )
CAROLINA STATE BOARD OF ELECTIONS )
& ETHICS ENFORCEMENT; KEN RAYMOND, )

SECRETARY OF THE NORTH CAROLINA      )
STATE BOARD OF ELECTIONS & ETHICS    )
ENFORCEMENT; STELLA ANDERSON,        )
MEMBER OF THE NORTH CAROLINA STATE   )
BOARD OF ELECTIONS & ETHICS          )
ENFORCEMENT; DAMON CIRCOSTA,         )
MEMBER OF THE NORTH CAROLINA STATE   )
BOARD OF ELECTIONS & ETHICS          )
ENFORCEMENT; STACY "FOUR" EGGERS IV, )
MEMBER OF THE NORTH CAROLINA STATE   )
BOARD OF ELECTIONS & ETHICS          )
ENFORCEMENT; JAY HEMPHILL, MEMBER    )
OF THE NORTH CAROLINA STATE BOARD    )
OF ELECTIONS & ETHICS ENFORCEMENT;   )
VALERIE JOHNSON, MEMBER OF THE       )
NORTH CAROLINA STATE BOARD OF        )
ELECTIONS & ETHICS ENFORCEMENT;      )
JOHN LEWIS, MEMBER OF THE NORTH      )
CAROLINA STATE BOARD OF ELECTIONS &  )
ETHICS ENFORCEMENT; ROBERT CORDLE,   )
MEMBER OF THE NORTH CAROLINA STATE   )
BOARD OF ELECTIONS & ETHICS          )
ENFORCEMENT,                         )
                                     )
                  Defendants.        )

## NOTICE OF CROSS-APPEAL

Notice is hereby given that all Plaintiffs hereby cross-appeal to the United States Court of

Appeals for the Fourth Circuit from the Court's order and judgment insofar as it denied

Plaintiffs' request for costs and expenses under 28 U.S.C. § 1447(c), entered in this action on the

2nd day of January, 2019, ECF No. 44; and from all related orders and opinions, including the

Court's memorandum opinion memorializing the Court's reasoning for its order denying

Plaintiffs' request for costs and expenses under 28 U.S.C. § 1447(c) in this action on the 7th day

of January, 2019, ECF No. 48.

DATED:  January 23, 2019

/s/ Edwin M. Speas, Jr.
Edwin M. Speas, Jr.
N.C. State Bar No. 4112
Caroline P. Mackie
N.C. State Bar No. 41512
POYNER SPRUILL LLP
P.O. Box 1801
Raleigh, NC  27602-1801
(919) 783-6400
espeas@poynerspruill.com

*Counsel for Common Cause, the*
*North Carolina Democratic Party,*
*and the Individual Plaintiffs*

Respectfully submitted,

/s/ R. Stanton Jones
R. Stanton Jones*
David P. Gersch*
Elisabeth S. Theodore**
Daniel F. Jacobson*
ARNOLD & PORTER
  KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC 20001-3743
(202) 954-5000
stanton.jones@arnoldporter.com


/s/ Marc E. Elias
Marc E. Elias**
Aria C. Branch*
PERKINS COIE LLP
700 13th Street NW
Washington, DC 20005-3960
(202) 654-6200
melias@perkinscoie.com

Abha Khanna*
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
(206) 359-8000
akhanna@perkinscoie.com

*Counsel for Common Cause and the*
*Individual Plaintiffs*

*\* Admitted Pro Hac Vice*
*\*\* Pro Hac Vice motions forthcoming*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, January 23, 2019, I caused the foregoing document to be filed and served on all counsel of record by operation of the CM/ECF system for the United States District Court for the Eastern District of North Carolina.


DATED:  January 23, 2019                    /s/ R. Stanton Jones
                                            R. Stanton Jones